THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT ROBINSON, Appellant.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.